B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 08–30416**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emanuele Torelli
   767 Schooner Ln
   Elk Grove Village, IL 60007–6910

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7679

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                              FOR THE COURT

Dated: February 18, 2009                      Kenneth S. Gardner, Clerk
                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kscott              Page 1 of 1              Date Rcvd: Feb 18, 2009
Case: 08-30416                Form ID: b18              Total Served: 31

The following entities were served by first class mail on Feb 20, 2009.
db             Emanuele Torelli,   767 Schooner Ln,   Elk Grove Village, IL   60007-6910
12828443       5701 Claremong Bldg Corp,   5721 S Claremont Ave,   Chicago, IL   60636-1012
12828445       At&T,   PO Box 451409,   Atlanta, GA   31145-9409
12828446       Att And T Universal Citibank,   PO Box 20507,   Kansas City, MO   64195-0507
12828449       Chase Manhattan Mtg,   8333 Ridgepoint Dr,   Irving, TX   75063-5812
12828450       Citibank,   PO Box 20507,   Kansas City, MO   64195-0507
12828451       Citibank Usa,   PO Box 20507,   Kansas City, MO   64195-0507
12828452       Citizens Caf,   Rje 135,   Warwick, RI   02886
12828453       Directv,   2230 E Imperial Hwy,   El Segundo, CA   90245-3531
12828454      +Fifth Third Bank,   1850 E Paris Ave SE,   Grand Rapids, MI   49546-6210
12828442      +Gleason & Gleason,   77 W Washington Ste 1218,   Chicago, IL   60602-3246
12828458       Illinois Collection Se,   8231 185th St Ste 100,   Tinley Park, IL   60487-9356
12828459      +Infiniti Fin Svcs,   990 W 190th St,   Torrance, CA 90502-1019
12828463      +Marlin Leasing,   300 Fellowship Rd,   Mount Laurel, NJ   08054-1727
12828464      +Matco Tools,   4403 Allen Rd,   Stow, OH 44224-1096
12828466      +Nicor Gas,   1844 W Ferry Rd,   Naperville, IL   60563-9600
12828467       Sam's Club GE,   PO Box 103104,   Roswell, GA   30076-9104
12828468       Sears cbsd,   PO Box 20363,   Kansas City, MO   64195-0363
12828469       Sears cbsd,   PO Box 20507,   Kansas City, MO   64195-0507
12828441       Torelli Emanuele,   767 Schooner Ln,   Elk Grove Village, IL   60007-6910
12828470      +Toyota Motor Credit,   19001 S Western Ave,   Torrance, CA 90501-1196

The following entities were served by electronic transmission on Feb 19, 2009.
12828444       Fax: 800-208-8123 Feb 19 2009 00:51:08     American General Finance,   PO Box 3121,
                Evansville, IN   47731-3121
12828447       EDI: BANKAMER.COM Feb 18 2009 21:58:00     Bank Of America,   PO Box 26012,
                Greensboro, NC   27420-6012
12828448       EDI: CHASE.COM Feb 18 2009 21:59:00     Chase - Cc,   PO Box 100019,   Kennesaw, GA   30156-9205
12828450       EDI: CITICORP.COM Feb 18 2009 21:58:00     Citibank,   PO Box 20507,
                Kansas City, MO   64195-0507
12828451       EDI: CITICORP.COM Feb 18 2009 21:58:00     Citibank Usa,   PO Box 20507,
                Kansas City, MO   64195-0507
12828455       EDI: RMSC.COM Feb 18 2009 21:58:00     Gemb abt Tv,   PO Box 981439,   El Paso, TX   79998-1439
12828456       EDI: RMSC.COM Feb 18 2009 21:58:00     Gemb mohawk Color Cent,   PO Box 981439,
                El Paso, TX   79998-1439
12828457       EDI: HFC.COM Feb 18 2009 21:58:00     Hsbc bstby,   PO Box 15522,   Wilmington, DE   19850-5522
12828460       EDI: IRS.COM Feb 18 2009 21:58:00     Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA   19114-0326
12828461       EDI: RMSC.COM Feb 18 2009 21:58:00     Jc Penney,   PO Box 103106,   Roswell, GA   30076-9106
12828462       EDI: CBSKOHLS.COM Feb 18 2009 21:58:00     Kohls chase,   PO Box 3120,
                Milwaukee, WI   53201-3120
12828465       E-mail/Text: bankrup@nicor.com                            Nicor,   PO Box 416,
                Aurora, IL   60568-0001
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 20, 2009**            **Signature:** _Joseph Speetjens_